UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. |
| | : | MAGISTRATE NO. 06-302 |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 2423(b) |
| | : | (Travel with Intent to Engage |
| JUAN CRUZ, | : | in Illicit Sexual Conduct) |
| | : | |
| Defendant. | : | |
| | : | |

INFORMATION

The United States Attorney informs the Court that:

On or about June 27, 2006, in the District of Columbia, the defendant, Juan Cruz knowingly traveled in interstate commerce, from the State of Maryland to the District of Columbia, for the purpose of engaging in illicit sexual conduct, that is a sex act as defined in 18 U.S.C.§2246(2), specifically, contact between the penis and the vulva, with a person under the age of 18 years of age, and said sexual act would be a violation of Chapter 109A of Title 18 United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

**(Travel with Intent to Engage in Sexual Conduct, in violation of Title 18, United States Code, Section 2246(b))**

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
DENISE M. CLARK
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4840
Washington, DC 20530

(202) 353-8213