**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
　　　　　Plaintiff,


　vs.                                    Criminal No. 06-235 (EGS)
JUAN CRUZ
　　　　　Defendant.
_____

**<u>ORDER</u>**

　　　　On **<u>SEPTEMBER 26, 2006</u>**, the defendant pled guilty to the one Count Information.

　　　　Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **<u>NOVEMBER 20 2006</u>**; defendant's memorandum of law, if any shall be filed by no later than **<u>NOVEMBER 27, 2006</u>**; the Government's memorandum of law, if any shall be filed by no later than **<u>DECEMBER 4, 2006,</u>** a reply, if any, shall be filed by no later than **<u>DECEMBER 11, 2006</u>**; and it is further

　　　　ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **<u>DECEMBER 18, 2006 AT 12:00 P.M.</u>**

　　　　IT IS SO ORDERED.


　　　　DATE: September 26, 2006
　　　　　　　　　　　　　EMMET G. SULLIVAN
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE