UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
    Plaintiff,

                         Criminal No. 06-235(EGS)

JUAN CRUZ
    Defendant

## WAIVER OF INDICTMENT

I, JUAN CRUZ the above named defendant, who is accused of _18 U.S.C. §2423(b) Travel with Intent to Engage in Illicit Sexual Conduct_ being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _September 26, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

Before _____
       Judicial Officer

_____
Counsel for Defendant

AO 455(Rev.5/85) Waiver of Indictment