**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

SEP 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL CASE NO. 06- 235 |
| | : | |
| v. | : | VIOLATION: 18 U.S.C. § 2423(b) |
| | : | (Travel with Intent to Engage |
| JUAN CRUZ, | : | in Illicit Sexual Conduct) |
| | : | |
| Defendant. | : | |
| | : | |

## STATEMENT OF OFFENSE IN SUPPORT OF A GUILTY PLEA

The United States, by and through its attorney, the United states Attorney for the District of Columbia, and the defendant hereby submit this Statement of Offense in Support of a Guilty Plea.

I.    Essential Elements of the Offense:

The defendant has agreed to plead guilty to a One-Count Information charging him with Interstate Travel with Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. § 2423(b). The essential elements of this offense are:

A.    That on or about June 27, 2006, the defendant traveled across state lines, that is from the state of Maryland to the District of Columbia;

B.    That the defendant did so with the intent to engage in a sexual act with a minor, that is a person under the age of 18 years old; and

C.    That the sexual act the defendant intended to engage in with the minor was contact between the penis and the vulva.

II.    Factual Proffer:

If the case against defendant Juan Cruz had gone to trial, the government's evidence would have shown beyond a reasonable doubt as follows:

On or about Tuesday, June 13, 2006, the defendant, Juan Cruz, initiated a series of conversations in a private Yahoo computer chat room using the screen name "donpimp" and/or "iwantphatchicks". The person with whom he was communicating on line used the screen name "daddysgrldc." During the course of their conversations, which ended on June 27, 2006, defendant identified himself as a twenty-six year old male who resided in Silver Spring, Maryland and "daddysgrldc" identified "herself" as a 13 year old girl who lived in the District of Columbia. In actuality, "daddysgrldc" was a detective with the Metropolitan Police Department's Youth Investigations Branch, who was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force.

During their June 21, 2006 conversation, defendant and "daddysgrldc" exchanged photographs of themselves. Detective Palchak sent the defendant a picture of a young girl, purporting to be "daddysgrldc", while the defendant sent an actual photograph of himself. Further, defendant initiated a discussion about sex by asking "daddysgrldc," "had you done it". "Daddysgrldc" responded: "well like sex". Defendant replied, "I guess, just asking". When "daddysgrldc" explained that her prior experience consisted of only kissing a couple boys, defendant responded, "so you just waiting for that perfect time right".

During one of their June 24, 2006 conversations, defendant suggested to "daddysgrldc" that they have sex by stating, "and maybe we can do it next time." When "daddysgrldc" sought to clarify what kind of fun defendant meant, defendant responded "s". "Daddysgrldc" explained that she did not want to become pregnant or contract a disease. Defendant replied, "yeah, that why there is protection" . He also stated "I'll be gentle ok".

During their June 27, 2006 conversation, defendant asked whether "daddysgrldc" "want[ed] to play," and then made arrangements to meet defendant so that they could have sex. Specifically, he arranged to meet "daddysgrldc" at 9:30 a.m. at the D8 bus stop in front of the Rhode Island Metro, a stop defendant believed to be near "daddysgrldc" home. When daddysgrldc asked what they are going to do, the following exchange occurred:

don pimp:      we'll see depends

daddysgrldc:   depends on what lol

don pimp:      if you want to do it

daddysgrldc:   do it like sex

don pimp:      maybe

daddysgrldc:   really

don pimp:      yeah

daddysgrldc:   well look im afraid of gettig [sic] pregnant

don pimp       no, protection is better if want to do it

daddysgrldc:   okay will it hurt

don pimp:      no, it will be slow

Defendant indicated that he was going to wear dark blue dress pants and a gray shirt and agreed to bring "protection." Twenty minutes later, defendant contacted daddysgrldc and stated that he was on his way.

At approximately 9:10 a.m., defendant was observed waiting at the D18 bus stop in front of the Rhode Island Metro Station. Defendant was dressed in dark dress pants and a gray shirt. After waiting 45 minutes, defendant began to walk back towards the Metro, where he was arrested by

Detective Miguel Miranda.   Detective Miranda searched the defendant and found two condoms in defendant's pants pocket.   The defendant subsequently waived his <u>Miranda</u> rights and provided Detective Palchak  with  a videotaped statement in which he admitted to traveling from Silver Spring, Maryland to Washington, D.C. for the purpose of having sex with "daddysgrldc" whom he believed to be a 13 year old girl.

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to this offense . The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offense of  Interstate Travel  with Intent to Engage  in Illicit Sexual Conduct in violation of 18 U.S.C. § 2423(b).

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By:  _____
DENISE M. CLARK
D.C. Bar No. 479149
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 353-8213

## DEFENDANT JUAN CRUZ'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Tony Axam, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: __9/26/06__

_____
Juan Cruz
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: __9/26/06__

_____
Tony Axam, Esquire
Attorney for Juan Cruz