Your Honor,

    I am Juan Cruz mother, Alicia Jurado. I don't know were I failed as a mother to let something like this serious problem happen to my son Juan. The day I realized my son had this problem I could not believe it because he was a good son and brother. He was always aware of my situations and helped in any way possible. That is why I'm sad this happen to him. Every day I pray to god that he will protect him from every thing bad. He was always a warm hearted person that never grow up with the encouragement of his father. When he was a child I was always by his side.

    He was always kind and honest to others. I know he feels deeply humiliated by this offense because I see it in his eyes when I go visit him at the penitentiary. He had so many plans for his future. He was the only son to successfully finish high school and continued to college for a preparation in his future. He would encourage his younger brother to continue and finish school. He has a strong character towards others and is loved by family and friends. I still don't understand what was going through his mind because he has a girlfriend that will always be with him no matter what happens. Everyone in the family will always support him. I will receive my son with open arms because he is a good son and brother. I thank you for taking the time to read this your honor.

Sincerely,

*[signature]*
Alicia Jurado

December 11, 2006
In regards to: Juan Carlos Cruz
The Honorable Judge Sullivan

Dear Judge Sullivan,

My name is Gloria Gallo; I am Juan Cruz's girlfriend. I have been with Juan for two years and a half. In addition, I've known Juan since he was a child, in El Salvador, our origin country. These two years in a half that I have lived with him, I feel that he has been the best thing that has happened to me in my life. His attitude towards me proves why I know that he is repentant for what happened.

I know that he is sad, because of his mistake we are apart. He has not been able to finish his academic education, finish paying his college fees, and personal loans. I know he is truly regretful, because he has told me when I have gone to visit him. I know that he is a good man who is tranquil, polite, and doesn't get into trouble.

I deeply believe that there is a God who watches over us, and I know that this mistake will not be repeated because he has in mind to have a future together with kids of our own. Additionally, positive plans for our future home. This is why we desire to be back together soon to accomplish our promises. I know everyone commits mistakes, but if we reflect on time we deserve another opportunity. We'll leave everything in Gods' hands and in your decision Honorable Judge Sullivan

Sincerely,


Gloria Gallo

Douglas Jurado-Cruz
15 Boxwood Rd
Annapolis, MD 21403
(443) 336-6794

Attn:
Honorable Emmet G. Sullivan
United States District Judge
333 Constitution Avenue, N.W.
Washington DC 20001

Dear Judge Sullivan,
I am Douglas Jurado Cruz, Juan Cruz his older brother, I am writing to you to seek an effort to explain a little bit about my brother Juan Cruz.

It has been very devastating for all of my family and friends of Juan, ever since the incident he has been involved for a mistake he made a couple of months ago. I am sure that such mistake has brought to my brother Juan a lot of emotional regrets because I've known my brother my whole life. I know that Juan is a person that cares about others and that he would not be capable of hurting anyone, especially after all he has been through.

I know that Juan has learned a big lesson in life and it will help him be the person he always wanted to be. Someone respectfully, well educated, and dependable for all of those around him.

Juan and I grew up together and almost never separated until I got married and he in a commonwealth way moved in with his fiancée Gloria, about four years ago. We would gather on weekends to go to the movies or the mall like a happy and healthy family. He would be the one to initiate family reunions. He would be the first one in handing a present for whatever reason, Christmas, birthdays, mothers day, etc. The entire family misses Juan for a lot of good reasons.

My brother, Juan Cruz, is known for being very responsible and I am 100% per cent sure he will take care of his mistake responsibly as usual. His boss up to today' date calls me to ask me how everything is going with him in this matter. He tells me that he always admire Juan for being so well dedicated to his job and family and that he will have a job opening for Juan as soon as he is through and able to take one step forward in his young life.

Please you honor, I know that with the help of God you will know what is right and will give this young fellow an opportunity to go on in life and demonstrate he has learned a big lesson and how hard the consequences are by NOT following the law.

Regards,  Douglas Jurado Cruz
(443) 336-6794

DOB 04/18/1977

DEC. 10 2006

DEAR JUDGE SULLIVAN
  MY NAME IS WILSON ARGUETA AND I AM Juan Cruz's cousin. I know him all my life so I was very surprised to hear what happened. I know him to be a quiet, shy cousin. I know he has gone thru alot in his life, growing up almost by himself with just his brother. What made him do what he did only he knows. I know he is a hard working, careing and great cousin. All my friends know him, their families and like him alot. I know Juan feels terrible for what he has done, he's just not the type of guy who deserves Jail time. One thing he sure has is a good head on his shoulders, he is good to his close family and friends. Doesn't disrespect anyone, does not look for fights, I known him to be Calm.
  HE has been living by himself or with his brother for sometime now, so he knows how to take care of himself. I expect him to have learned his lesson, I believe he was taking some computer classes and working a full time job. Juan feels depressed and sad for what he is going thru and for what his girlfriend is also. If he should spend time in Jail hopefully he is out for good behavior. I hope the right decision is made and Juan understands what is expected of him. THANK YOU YOUR Honor.

Wilson Argueta
WILSON ARGUETA

Your Honor,

    My name is Walter Argueta I'm Juan Cruz's brother. It is hard for me to believe what happen to him. I just can't understand it, he was the person I looked up to. He finished high school and went to college to jump start a well planned future. He inspirited me to continue in finishing high school and really think about what I wanted to do for the rest of my life. I admit that I didn't see him as much as I wanted but he was always there when I need him the most. He's a well respected person in my family because at a young age he had the potential to be great at every thing he did. Now that I think about it he did it all by him self. He got a good job in a cell phone company and put him self through college. That's the way I want to do it, like he did all by him self to prove that it doesn't matter how much money you got in your wallet but by your potential.

    I know he is deeply affected by this because at any job that he tries to get with the degree he earned would be for nothing when they have him on record for this offense. I know that he has looked to the bible to change his way of thinking. Your honor thank you for taking the time to read this.

Sincerely,

*W. [signature]*

Walter Argueta

December 11, 2006
In regards to:
The Honorable Judge Sullivan

Dear Judge Sullivan,

My name is Miguel Amaya. I know Juan ever since he has been in a companionship with Gloria the daughter of my wife Ana. Ever since I've known him I know that he is a good and intelligent person with dreams of triumph in the future. I know that he is willing to succeed in his studies once he has the opportunity to return again to school.

Juan has loved and always respected Gloria. When I found out about Juan's case, it was surprising for me. I know for sure that it was a mistake and a bad decision he made. Juan deserves the opportunity from you, to recuperate from this challenge. He has our support to be granted with another opportunity. Mistakes are committed by humans, and I know that Juan is truly repentant. I believe that he is truly a good person, with goals ahead of his future, and I hope that your final judgment will be fair.

Sincerely,

*[signature]*
Miguel Amaya

December 11, 2006

In regards to: Juan Carlos Cruz

The Honorable Judge Sullivan

Dear Judge Sullivan,

My name is Ana Gallo. I am the mother of Gloria the girlfriend of Juan Cruz. What has occurred, is sincerely something surprising for me, because I've known Juan since he was a child. I'm aware that Juan and Gloria have a companionship for two years and a half.

At once, I have an understanding of what he did, and know that he is embarrassed. I have spoken to him, and I know that this will not occur again. This experience has made him mature as a person, more than ever.

Juan has mentioned that he wants to form a family with my daughter. He wants to set a good example to his future children. I believe in him, because I know that this was a mistake. In my opinion, Juan is a good man. He isn't the kind of person who would be involved in trouble.

My daughter has told me that Juan has never been violent towards her. He is a very intellectual man, who dreams in pursuing his career. Additionally, he wants to accomplish his future goals in life. Nevertheless, he has never given me a bad impression. I believe in God, and in you're decision that you will make a fair judgment.

Sincerely,

*Ana Gallo*

Ana Gallo

Honorable Juez Sullivan

Yo soy Jose Clemente Artueta
Juan Carlos es mi sobrino
Juan es para mi muy querido y lo aprecio mucho. Porque el vivio con nosotros muchos años muy respetuoso en la escuela y en la Iglesia.
Despues que se mudo con su mama siempre nos visitaba y nos contaba de sus planes que queria seguir trabajando y estudiando con el error que hiso se siente muy arrepentido yo lo conosco muy bien y no creo que buelba a ocurir otravez yo y mi familia y mis hijos lo sentimos mucho lo ocurido
Tambien nunca tubo problemas con drogas o alcohol porque el nunca las a usado. El siempre tenia planes o tiene planes de seguir estudiando por que. porque. yo siempre que el me visitaba ablabamos de eso de seguir estudiando; yo hesido para el un amigo aparte de su tio siempre asido muy flexible.
creo que su tiempo lo aprobechara mejor con esta experiencia
Eso selo dijo a mi espose que lo ha visitado siempre estaremos orando. Para que la resolusion sea faborable para el. y lo apoyaremos en todo.

Jose Clemente Artueta

(translation)

Honorable Juez Sullivan

I am Jose Clemente Argueta, Juan Carlos is my nephew. Juan is very dear to me and I appreciate him very much. He lived with us many years. He was very respectful in school and in the church.

When he left to live with his mother he would always visit us and tell us his plans, that he wanted to keep on working and studying. With the error that he made he feels very regretful. I know him very well and do not believe that it will happen again. My family, children and I are saddened that this happened. Also he never had problems with drugs or alcohol because it has never used them.

He always had plans and still has plans to keep studying because whenever he visited us he would talk to us about that. I have always been a friend besides being an Uncle. I have always been very flexible.

I believe that he will make better use of his time after this experience. That it what he told my wife who has visited him. We are always praying for a favorable resolution and will support him with everything.

Jose Clemente Argueta

December 11, 2006

To Whom It May Concern:

During the periods from January 2004 to June 2006, Juan Jurado was employed at Lets Connect Wireless. During this time, I would regard Juan as our most trusted, reliable and dependable employee.

Juan's kindness and spirited personality have been greatly missed. Juan was always willing to put others first and could always be depended on to go above and beyond the call of duty.

My experience working with Juan has led me to say on many occasions that Juan is one of the most decent, caring, humble individuals I have ever met. It was a pleasure working with him.

Sincerely,

Anthony Smith
*A. Smith*
General Manager
Lets Connect Wireless

Case 1:06-cr-00235-EGS     Document 11-2     Filed 12/14/2006     Page 11 of 11