**HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**DEC 1 8 2006**
Y MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Docket No.: <u>06-CR-235</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| CRUZ, Juan | : | Disclosure Date: <u>November 8, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                                                                   **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)
    ( )    There are no material/factual inaccuracies therein.
    (✗)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Juan Cruz_  11/16/06         _[signature]_  11/16/06
**Defendant**       **Date**          **Defense Counsel**       **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 22, 2006**, to U.S. Probation Officer **Monica L. Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:    Gennine A. Hagar, Acting Chief
        United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF COLUMBIA**
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

**A.J. KRAMER**
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

November 28, 2006

Ms. Monica Johnson
United States Probation Officer
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

RE:   U.S. v. Juan Cruz 06-235

Dear Ms. Johnson:

    Attached please find the Receipt and Acknowledgment of the Presentence Investigation Report signed by Mr. Cruz and me, indicating that there are material inaccuracies in the presentence report.
    Specifically, paragraph 17 indicates that Mr. Cruz used a computer to persuade, induce, entice, coerce, or facilitate the travel of a minor to engage in prohibited sexual conduct and adds two points to the base offense level for such. Mr. Cruz disagrees with the inclusion of these two points. Though law enforcement posed as a minor, no minor was actually persuaded, induced, enticed, or coerced or ever traveled anywhere. Also, Mr. Cruz did not attempt to persuade, induce, entice, coerce, or facilitate the travel of the law enforcement officer posing as a minor. Rather, Mr. Cruz traveled himself to meet the officer posing as a minor. When the assessed two points are removed from the offense level, the resulting total offense level is 21 and the sentencing guideline range is 37 to 46.
    As an additional minor matter, paragraph 28 misspells Mr. Cruz's mother's name which should be **Alicia Argueta**. Argueta is also the surname of Mr. Cruz's step-father.

    Thank you for your consideration in this matter. Please feel free to call me if there are any details that we can discuss.

Sincerely,

Tony Axam, Jr.
Assistant Federal Public Defender

cc: Denise Clark, Esquire
    Assistant United States Attorney