UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 06-235(EMS) |
| ) | |
| v. ) | |
| ) | |
| JUAN CRUZ, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, Juan Cruz, through undersigned counsel, respectfully requests that the Court reschedule the sentencing currently set for March 23, 2007 at 11:00 a.m.

In support of this motion, counsel for Mr. Cruz submits the following:

1. At the March 23, 2007 hearing, the defense intended to call as a witness, Dr. Jerome Miller, who evaluated Mr. Cruz and submitted a report to this Court.

2. On March 17, 2007, Dr. Miller suffered a serious fall and broke his back. He is currently hospitalized in a full body cast and will therefore be unavailable for the sentencing hearing on March 23, 2007. Counsel has been unable to determine precisely when Dr. Miller will become available to testify. The Augustus Institute, which employs Dr. Miller, has suggested that he may be available in three to four weeks.

3. For these reasons, Mr. Cruz requests that the Court reschedule sentencing to a date convenient for the Court during the first or second week of May, 2007.

>Respectfully submitted,
>A.J. KRAMER
>FEDERAL PUBLIC DEFENDER
>
>
>_____/S/_____
>Tony Axam, Jr.
>Assistant Federal Public Defender
>625 Indiana Avenue, N.W., Ste 550
>Washington, D.C. 20004
>(202) 208-7500