**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Crim. No. 06-235(EMS)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JUAN CRUZ,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of defendant Juan Cruz's motion to continue the sentencing, it is hereby

ORDERED that defendant Cruz's Motion is granted; and it is further

ORDERED that the sentencing currently scheduled for March 23, 2007 at 11:00 a.m. is rescheduled to _____ 2007, at _____;

SO ORDERED this _____ day of _____, 200.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies to:  Tony Axam, AFPD
            Precious Murchison, AUSA
            Monica Johnson, USPO