UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 06-235(EMS) |
| v. | ) | |
| JUAN CRUZ, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Juan Cruz, through undersigned counsel, respectfully requests that the Court reschedule the sentencing currently set for May 30, 2007 at 10:30 a.m.

In support of this motion, counsel for Mr. Cruz submits the following:

1. At the sentencing hearing the defense intended to call as a witness, Dr. Jerome Miller, who evaluated Mr. Cruz and submitted a report to this Court.

2. Dr. Miller has been unavailable for several weeks as he recovers from a broken back. Counsel has been unable to consult with Dr. Miller in anticipation of the sentencing hearing on May 30, 2007. The Augustus Institute, which employs Dr. Miller, has suggested that he would be available in approximately three weeks.

3. For these reasons, Mr. Cruz requests that the Court reschedule sentencing to a date convenient for the Court during the last week of June or second week of July 2007.

4. The government does not oppose this request.

                    Respectfully submitted,
                    A.J. KRAMER
                    FEDERAL PUBLIC DEFENDER

                    _____/S/_____
                    Tony Axam, Jr.
                    Assistant Federal Public Defender
                    625 Indiana Avenue, N.W., Ste 550
                    Washington, D.C.  20004
                    (202)  208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 06-235(EMS) |
| v. | ) | |
| JUAN CRUZ, | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of defendant Juan Cruz's motion to continue the sentencing, it is hereby

ORDERED that defendant Cruz's Motion is granted; and it is further

ORDERED that the sentencing currently scheduled for May 30, 2007 at 10:30 a.m. is rescheduled to _____ 2007, at _____;

SO ORDERED this _____ day of _____, 2007.


_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies to:  Tony Axam, AFPD
            Precious Murchison, AUSA
            Monica Johnson, USPO

Case 1:06-cr-00235-EGS    Document 17    Filed 05/29/2007    Page 4 of 4