UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 06-235(EMS) |
| v. ) |  |
| JUAN CRUZ, ) |  |
| Defendant. ) |  |

**ORDER**

Upon consideration of defendant Juan Cruz's motion to continue the sentencing, it is hereby

ORDERED that defendant Cruz's Motion is granted; and it is further

ORDERED that the sentencing currently scheduled for May 30, 2007 at 10:30 a.m. is rescheduled to _____ 2007, at _____;

SO ORDERED this _____ day of _____, 2007.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies to:  Tony Axam, AFPD
            Precious Murchison, AUSA
            Monica Johnson, USPO